IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

KENDALL DEWIGHT SHINE,            )
                                  )
        Petitioner,               )
                                  )        Civil Action No.
v.                                )        2:18-cv-867-LSC-SRW
                                  )            (WO)
UNITED STATES OF AMERICA,         )
                                  )
        Respondent.               )

**ORDER**

On January 19, 2022, the Magistrate Judge entered a Recommendation that Petitioner Kendall Dewight Shine's 28 U.S.C. § 2255 motion be denied and that this case be dismissed with prejudice. (Doc. 17.) Shine has filed no objections. Upon an independent review of the record and upon consideration of the Magistrate Judge's Recommendation, it is ORDERED as follows:

1.  The Magistrate Judge's Recommendation (Doc. 17) is ADOPTED.

2.  Shine's 28 U.S.C. § 2255 motion (Doc. 1) is DENIED, and this case is DISMISSED WITH PREJUDICE.

A separate final judgment will be entered.

**DONE** and **ORDERED** on March 21, 2022.

L. Scott Coogler
United States District Judge

160704